EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2021 TSPR 146 |
|---|---|
| Carlos Carrasquillo Bermúdez | 208 DPR _____ |

Número del Caso:  TS-18,937


Fecha:  8 de noviembre de 2021


Abogado del Lcdo. Carlos Carrasquillo Bermúdez:

    Por derecho propio


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Reinstalación al ejercicio de la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Carlos Carrasquillo Bermúdez          TS-18,937

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de noviembre de 2021.

Examinada la *Moción para informar cumplimiento de orden* presentada por el Lcdo. Carlos Carrasquillo Bermúdez, así como el *Informe final sobre el estado de la obra notarial incautada y en cumplimiento de orden* presentado por la Oficina de Inspección de Notarías (ODIN), se reinstala al licenciado Carrasquillo Bermúdez al ejercicio de la notaría.

Se le reitera al licenciado Carrasquillo Bermúdez la importancia de velar por el fiel cumplimiento de la Ley Notarial y su Reglamento.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo